UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., a Delaware corporation,<br><br>    Petitioner,<br><br>    v.<br><br>HENRIQUE BERGER, an individual,<br><br>    Respondent.<br>_____/ | No. C 13-03770 LB<br><br>**ORDER FOR UPDATE REGARDING SERVICE** |

On January 17, 2014, the court allowed service by email of the pending petition to enforce the arbitration award. *See* ECF No. 17. On February 21, 2014, Petitioner filed a proof of service by email. On March 12, 2014, Petitioner updated the court that they did not receive any indication that the email transmission was unsuccessful. *See* ECF No. 25 at 2. The due date for the opposition was March 25, 2014. *See* Docket text for ECF No. 23. No opposition has been filed. The court directs Petitioner to file an update by April 1, 2014, which is the due date for its reply, about whether it has received any response. Petitioner also is directed to serve a copy of this order by email to Mr. Berger at the previously-provided email of hberger57@gmail.com. Mr. Berger is warned that failure to respond to the petition or to this order may be construed as a non-opposition to the petition.

Counsel may participate by telephone at the April 17, 2014 hearing.

**IT IS SO ORDERED.**

C 13-03770
ORDER

Dated: March 31, 2014

_____
LAUREL BEELER
United States Magistrate Judge