UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENRIQUE BERGER,<br><br>　　　　Defendant. | Case No.  13-cv-03770-JST<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR CONFIRMATION OF ARBITRATION AWARD AND FOR ENTRY OF DEFAULT JUDGMENT SHOULD NOT BE GRANTED**<br><br>Re: ECF Nos. 37, 40, 41 |

The Court having previously ordered Plaintiff UBS Financial Services, Inc. to serve Magistrate Judge Beeler's Report and Recommendation on Defendant Henrique Berger, ECF No. 37, and UBS having done so by e-mail and LinkedIn account, ECF No. 41, and the Court having previously ordered that service on Berger by these methods constituted adequate notice, ECF No. 26, and Berger having failed to object to the Report and Recommendation as of the date of this order, the Court hereby issues an ORDER TO SHOW CAUSE why the Court should not confirm the arbitration award and enter default judgment against Berger.  Berger shall file a written response to this order no later than August 26, 2014.  If Berger fails to file a response by that date, the Court will grant Plaintiff's motion to confirm the arbitration award and for entry of default judgment.

**IT IS SO ORDERED.**

Dated: August 12, 2014



JON S. TIGAR
United States District Judge