UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., <br> Plaintiff, <br> v. <br> HENRIQUE BERGER, <br> Defendant. | Case No. 13-cv-03770-JST <br><br> **ORDER CONFIRMING ARBITRATION AWARD AND ENTERING DEFAULT JUDGMENT AGAINST DEFENDANT** <br><br> Re: ECF Nos. 23, 34, 42 |

On March 11, 2014, Plaintiff filed a motion for confirmation of an arbitration award against Defendant. ECF No. 23. At the time, this case was before Judge Beeler, who ordered Plaintiff to take additional steps to ensure service of the motion on Defendant. See ECF Nos. 26, 27, 28. On April 9, 2014, Plaintiff filed a motion for entry of default judgment against Defendant. ECF No. 34.

Pending reassignment of this case to Judge Tigar, see ECF No. 38, Judge Beeler issued a Report and Recommendations proposing that this Court grant Plaintiffs' motions. ECF No. 37. On May 13, 2014, this Court adopted Judge Beeler's Report and Recommendations and ordered service of the Report and Recommendations on Defendant. ECF No. 40.

Defendant failed to object to this Court's adoption of the Report and Recommendations, so the Court issued an Order to Show Cause why Plaintiff's motions for confirmation of the arbitration award and for entry of default judgment should not be granted. ECF No. 42. In that Order to Show Cause, the Court advised Defendant that failure to respond to the Order would result in Plaintiffs' motions being granted. Id. Defendant failed to respond to the Order to Show Cause by the August 26, 2014 deadline.

Accordingly, and for the reasons set forth in Judge Beeler's Report and Recommendations, the Court hereby GRANTS Plaintiff's motions for confirmation of the arbitration award and for

1  entry of default judgment.

2  **IT IS SO ORDERED.**

3  Dated: August 27, 2014

4  _____
5  JON S. TIGAR
   United States District Judge